# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Amy Jeanne Fastner,                                                BKY 13-30080

Debtor.                                                                    Chapter 13

---

### ORDER TO SHOW CAUSE

---

    This case is before the court on the petition to release funds from the court registry [Doc. 34] filed by Leonard Potillo for United Credit Recovery LLC.

    THEREFORE, IT IS ORDERED: Leonard Potillo is hereby ordered to appear and show cause why United Credit Recovery LLC is entitled to the release of the unclaimed funds. The hearing on this matter will be held telephonically on December 17, 2020 at 2:40 p.m. Mr. Potillo shall contact my calendar clerk at 651-848-1051 for the call-in information.

    Failure to appear or show cause as ordered herein may result in the denial of the petition.

DATED: *November 24, 2020*                    /e/ Katherine A. Constantine
                                                                      United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/24/2020*
Lori Vosejpka, Clerk, by LG